1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.C.D. By and Through his Guardians Ad Litem FARAH CHERY and JOHN DAVENPORT,<br><br>                              Plaintiffs,<br><br>v.<br><br>SAN DIEGO UNIFIED SCHOOL DISTRICT,<br><br>                              Defendant. | Case No.:  23-CV-0303 W (MSB)<br><br>**ORDER DENYING WITHOUT PREJUDICE PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM [DOC. 2]** |

Pending before the Court is an application for an order appointing two individuals as the guardian ad litem for Plaintiff E.C.D., a minor (the "Petition" [Doc. 2]).

California Code of Civil Procedure § 372(a) authorizes the appointment of "a" guardian ad litem who has certain power over the litigation.  The Court is unaware of any authority allowing for the appointment of two individuals to share in the exercise of that authority, nor has the Petition identified any case law or statute allowing the appointment of more than one guardian ad litem.  The appointment of two guardians also raises concerns in the event they disagree about, for example, whether a proposed settlement is

in the best interests of the minor.  Accordingly, the Court will **DENY** the Petition [Doc. 2] without prejudice.

**IT IS SO ORDERED**.

Dated:  February 21, 2023

Hon. Thomas J. Whelan
United States District Judge

23-CV-0303 W (MSB)