UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.C.D., *By and Through his Guardians Ad Litem Farah Chery and John Davenport*,<br><br>Plaintiff,<br><br>v.<br><br>SAN DIEGO UNIFIED SCHOOL DISTRICT,<br><br>Defendant. | Case No.: 23cv303-W(MSB)<br><br>**SCHEDULING ORDER** |

On February 15, 2023, Plaintiff filed a Complaint appealing an administrative hearing decision pursuant to the Individuals with Disabilities Education Act ("IDEA") 20 U.S.C. § 1400, et seq.  (ECF No. 1.)  Pursuant to Rule 16.1 of the Local Rules, an Early Neutral Evaluation and Case Management Conference were held on September 15, 2023.  (ECF No. 14.)  After consulting with the attorneys of record for the parties and being advised of the status of the case, and good cause appearing, **IT IS HEREBY ORDERED**:

1. The Administrative Record must be lodged no later than **September 22, 2023**.

2. Motions to supplement the Administrative Record must be filed no later than **October 13, 2023**.

3. Parties must file any opposition to motions to supplement the Administrative Record no later than **October 27, 2023**.

4. Plaintiff must file his opening brief no later than **November 24, 2023**.

5. Defendant must file its responsive brief no later than **December 22, 2023**.

6. Plaintiff must file his reply no later than **January 5, 2024**.

7. The parties are directed to review and comply with the **Honorable Thomas J. Whelan**'s civil chambers rules.

8. Counsel for the moving party must obtain a motion hearing date from the law clerk of the judge who will hear the motion. The period of time between the date you request a motion date and the hearing date may vary from one district judge to another. Please plan accordingly. Failure to make a timely request for a motion date may result in the motion not being heard.

9. A telephonic, attorneys-only Case Management Conference is set for **December 18, 2023**, at **10:00 a.m.** before Magistrate Judge Michael S. Berg. Plaintiff's counsel is **ORDERED** to arrange and initiate the conference call. The telephone number for Judge Berg's chambers is (619) 557-6632.

**IT IS SO ORDERED.**

Dated: September 15, 2023

Honorable Michael S. Berg
United States Magistrate Judge