

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

.C.D, By and Through his Guardians Ad Litem Farah Chery and John Davenport

**Plaintiff,**

V.

San Diego Unified School District

**Defendant.**

Civil Action No.   23CV0303-RSH-MSB

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The administrative Law Judge's decision is affirmed. Judgment is entered for the San Diego Unified School District.

Date:   1/24/25

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/ J. Petersen

J. Petersen, Deputy